UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES PEARCE                                            PLAINTIFF

V.                      4:14CV00604 SWW/JTR

DOUGLAS, Lieutenant,
Faulkner County Detention Center, et al.                     DEFENDANTS

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment *(Doc. 30)* is granted, and the claims raised against them in their official and individual capacities are dismissed with prejudice.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 23rd day of September, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE