# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHARLES PEARCE                                                          PLAINTIFF

V.                      4:14CV00604 SWW/JTR

DOUGLAS, Lieutenant,
Faulkner County Detention Center, et al.                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, Judgment is granted to Defendants and this case is dismissed, with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 23rd day of September, 2015.

                                                         /s/Susan Webber Wright

                                                         UNITED STATES DISTRICT JUDGE